IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 100-01S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(A) |
| ✓OMAR ALTAMIRANO-NUNEZ | ) | & 846 & 853 & 18 U.S.C. §§2, |
| a/k/a Juan Carlos Diaz Delgadillo, | ) | 371, and 1956(a)(1)(A)(i) |
| a/k/a Burras, and | ) | |
| IDELFONSO BETANCOURT-RODRIGUEZ, | ) | |
| a/k/a Chacho, and | ) | |
| RAFAEL FERNANDEZ-ROQUE, | ) | |
| a/k/a Rafael Hernandez-Roque, and | ) | |
| ADOLFO VERDUGO, and | ) | |
| JUAN MANUEL CASILLAS | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From a time unknown up to and including on or about May 30, 2007, in the District of Rhode Island, the District of Massachusetts, and elsewhere, the Defendants, OMAR ALTAMIRANO-NUNEZ, a/k/a Juan Carlos Diaz Delgadillo a/k/a Burras, IDELFONSO BETANCOURT-RODRIGUEZ, a/k/a Chacho, RAFAEL FERNANDEZ-ROQUE, a/k/a Rafael Hernandez-Roque, ADOLFO VERDUGO, and others known and unknown to the grand jury, did knowingly, intentionally and wilfully combine, conspire, confederate and agree with each other, to distribute and to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A);

All in violation of 21 U.S.C. § 846.

COUNT TWO

From a time unknown up to and including on or about May 30, 2007, in the District of Rhode Island, the District of Massachusetts, and elsewhere, the Defendants, OMAR ALTAMIRANO-NUNEZ, a/k/a Juan Carlos Diaz Delgadillo a/k/a Burras, an alien who had been previously removed from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, in violation of 8 U.S.C. §§ 1326(a).

COUNT THREE

From a time unknown but up to and including and continuing through May 30, 2007, in the District of Rhode Island and elsewhere, the Defendant, OMAR ALTAMIRANO-NUNEZ, a/k/a Juan Carlos Diaz Delgadillo a/k/a Burras and JUAN MANUEL CASILLAS with others known and unknown to the grand jury, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree among themselves and each other to commit certain offenses against the United States as follows:

Knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducted and attempted to conduct such a financial transaction which in fact involved the proceeds of a specified unlawful activity, to wit: the manufacture, importation, sale, and distribution of a controlled substance, with the intent to promote the carrying on of the specified unlawful activity, in violation of 18 U.S.C. §§1956(a)(1)(A)(i) and 2,

All in violation of 18 U.S.C. §371.

OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the Defendant, OMAR

ALTAMIRANO-NUNEZ, a/k/a Juan Carlos Diaz Delgadillo a/k/a Burras, and JUAN MANUEL CASILLAS, and their co-conspirators, known and unknown, committed and caused to be committed the following overt acts in the District of Rhode Island and elsewhere:

a) On or about November 24, 2006, JUAN MANUEL CASILLAS operated a maroon 2003, Dodge 3500 truck that contained a hidden compartment. The hidden compartment was intended to secrete cash proceeds from drug trafficking. On November 24, 2006, the vehicle was seized by the Kansas State Police. The compartment was empty.

b) On November 26, 2006, JUAN MANUEL CASILLAS flew into T.F. Green Airport in Warwick, Rhode Island.

c) On November 27, 2006, JUAN MANUEL CASILLAS met with OMAR ALTAMIRANO, a/k/a Juan Carlos Diaz Delgadillo a/k/a Burras, and the two traveled from Warwick, Rhode Island to Pawtucket, Rhode Island to purchase a cellular telephone.

d) On November 27, 2006, JUAN MANUEL CASILLAS, OMAR ALTAMIRANO, a/k/a Juan Carlos Diaz Delgadillo a/k/a Burras, and another co-conspirator replaced the vehicle battery on a black Ford F-350 truck. The black Ford F-350 truck contained a hidden compartment. The hidden compartment was intended to secrete cash proceeds from drug trafficking.

e) On November 27, 2007, JUAN MANUEL CASILLAS drove the black Ford F-350 truck onto Highway 146 southbound in Rhode Island, with the intention of traveling to California. $129,200 in drug proceeds in the form of United States currency was secreted in the hidden compartment.

All in violation of 18 U.S.C. § 371.

FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The United States Attorney further charges that:

1. As a result of the offenses alleged in Count One of this Indictment, the defendant, OMAR ALTAMIRANO, a/k/a Juan Carlos Diaz Delgadillo a/k/a Burras and JUAN MANUEL CASILLAS shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations including, but not limited to, one hundred twenty nine thousand, two hundred dollars ($129,200) in U.S. currency that was seized from the black Ford F-350 truck on Highway 146 southbound in Rhode Island, on November 27, 2006,

All in violation of 21 U.S.C. § 853.

ROBERT C. CORRENTE
UNITED STATES ATTORNEY

A TRUE BILL:

REDACTED

By: ____________________
MARY E. ROGERS
Assistant U.S. Attorney

By: ____________________
LUIS M. MATOS
First Assistant U.S. Attorney

Dated: 7/11/07