CR 07 100

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO. ____

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF: RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☒ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): MARY E. ROGERS

USA vs.

Defendant: Idelfonso Betancourt-Rodriguez, aka Chacho

Address: Massachusetts State Custody

☐ Interpreter Required Dialect:

Birth Date [illegible]

REDACTED

☒ Male ☐ Female

☒ Alien (if applicable)

Soci

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

### DEFENDANT

Issue: ☒ Warrant ☐ Summons

Location Status:

Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody
☒ Currently in State Custody MASSACHUSETTS
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 U.S.C. Secs. 841(a)(1) & (b)(1)(A)) and | CONSPIRACY TO DISTRIBUTE & TO POSSESS | ☒ Felony ☐ Misdemeanor |
| | 846 (COUNT ONE) | W/INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE | ☐ Felony ☐ Misdemeanor |
| | PENALTIES: 10 years to life imprisonment; | OF A MIXTURE & SUBSTANCE CONTAINING A | ☐ Felony ☐ Misdemeanor |
| | at least 5 years to life supervised release; | DETECTABLE AMOUNT OF COCAINE (SCH II CS). | ☐ Felony ☐ Misdemeanor |
| | $4,000,000 fine; $100 spec. man. assessmt. | ESTIMATED TRIAL DAYS: 5 | ☐ Felony ☐ Misdemeanor |