AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. M.

# United States District Court

JUL 11 2007

## *District of Rhode Island*

District of Rhode Island

UNITED STATES OF AMERICA

v.

OMAR ALTAMIRANO-NUNEZ
a/k/a/ Juan Carlos Diaz Delgadillo
a/k/a Burras

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-100-01S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OMAR ALTAMIRANO-NUNEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND TO POSSES WITH INTENT TO DISTRIBUTE OF COCAINE
ILLEGAL RE-ENTRY
CONSPIRACY TO COMMIT MONEY LAUNDERING

in violation of Title 2; 8; 18 United States Code, Section(s) 841(a)(1)&(b)(1)(A)1326(a); 1956(1)(A)(i) and 2

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

Providence, RI July 11, 2007
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Worcester Cty Jail by USMS | | |
| DATE RECEIVED 07/11/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 08/01/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.