UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-100 S

OMAR ALTAMIRANO-NUNEZ :

MOTION TO CONTINUE TRIAL

NOW comes the defendant, Omar Altamirano-Nunez, and moves to continue the trial scheduled in this matter for three (3) months until the court's December, 2007 trial calendar. This case involves the seizure of 29 kilograms of cocaine based on telephone conversations intercepted pursuant to wire intercept orders issued by this court. The number of telephone calls intercepted exceeds 500. The intercepted calls are in Spanish, necessitating that defense counsel have some of the calls translated. This process is time-consuming, necessitating this request for a continuance.

This time is excludable pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

OMAR ALTAMIRANO-NUNEZ,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served on Mary Rogers, AUSA and on defense counsel, Thomas G. Briody, Esq., Andrew Berg, Esq. and William T. Murphy, Esq. on September 12, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire