UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-100 S

OMAR ALTAMIRANO-NUNEZ :

MOTION TO CONTINUE SENTENCING

NOW comes the defendant, Omar Altamirano-Nunez, and moves to continue the sentencing in this matter for sixty (60) days to on or about October 1, 2008. This case involves the seizure of 29 kilograms of cocaine based on telephone conversations intercepted pursuant to wire intercept orders issued by this court. The number of telephone calls intercepted exceeds 500. The intercepted calls are in Spanish, necessitating that defense counsel have some of the calls translated. This process is time-consuming, necessitating this request for a continuance.

OMAR ALTAMIRANO-NUNEZ,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served on Mary Rogers, AUSA and the UPSO on June 9, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire